UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| | ) | |
| JUSTIN SNELLING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 65). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 26, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I and VI of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $1,800.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 30, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on August 31, 2009 (Filing No. 64).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 65) is hereby sustained.

B.  All right, title and interest in and to the $1,800.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C.  The $1,800.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 4th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge